IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | )  | |
|---|---|---|
| DIMAS OBELIAR MANCHAME ESPINO, | ) ) ) | Civil Action No. 8:25-cv-04082-LKG |
| Petitioner, | ) ) | Dated: January 30, 2026 |
| v. | ) ) ) | |
| KRISTI NOEM, *et al.*, | ) ) | |
| Respondents. | ) ) | |

## DISMISSAL ORDER

On December 11, 2025, the Petitioner filed the petition for a writ of habeas corpus, in the above-captioned civil matter.  ECF No. 1.  On January 23, 2026, the Petitioner filed a consent motion to dismiss the petition without prejudice, stating that: (1) on January 20, 2026, at an initial hearing in his removal proceedings, the Petitioner was granted voluntary departure from the United States; (2) in light of these developments, the Petitioner no longer wishes to pursue this habeas petition at this time and therefore seeks to voluntarily dismiss the petition without prejudice; (3) Counsel for the Petitioner conferred with Counsel for the Government on January 22, 2026, and the Government's Counsel stated that the Government does not oppose the relief requested in this motion.  ECF No. 11 at ¶¶ 2-5.  And so, the Petition requests that the Court dismiss the petition without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).  *Id.* at Prayer for Relief.

In light of the foregoing, the Court:

(1) **GRANTS** the Petitioner's consent motion to dismiss the petition without prejudice (ECF No. 11); and

(2) **DISMISSES** the petition for a writ of habeas corpus (ECF No. 1) **WITHOUT PREJUDICE**.

The Clerk of the Court is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge